PAUL A. STENZEL v. COLLINS EXTERMINATING AND
WATERPROOFING COMPANY, INC.

June 3, 1981.

Petition for certification denied.

JOHN J. DEGNAN v. PETER F. CURCIO.

June 3, 1981.

This matter having come before this Court on an appeal as of
right pursuant to *R.* 2:2–1(a)(2), and the Court having been
advised that defendant Peter F. Curcio has resigned as Undersheriff of Bergen County, and good cause appearing; It is ORDERED that the within appeal be and hereby is dismissed as
moot. (See 172 *N.J.Super.* 150)

THELMA BRAGGS v. SELECTED RISKS INSURANCE
COMPANY.

June 3, 1981.

Petition for certification denied.

BROOKDALE COMMUNITY COLLEGE v. CONTINENTAL
INSURANCE COMPANY.

June 3, 1981.

Petition for certification denied.